# NOTICE OF CHANGE OF ADDRESS

Please enter the change of address set forth below in the records of:

**Case Name** Gabriel & Rebecca Elliott

**Case No.** 13-40560 **Related Adversary Case No.** ________________

Check Appropriate Role Of Party The Address Change Will Affect:

✔ Debtor ☐ Creditor

Gabriel Elliott

**Name Of Party - (type or print)**

## Old Address Information:

135 Walnut

***Old*** Street Address, Rural Route or Post Office Box - (type or print)

Wamego, KS 66547

***Old*** City, State and Zip Code - (type or print)

## New Address Information:

1706 4th Street

***New -*** Street Address, Rural Route or Post Office Box - (type or print)

| Wamego | | KS | 66547 |
|---|---|---|---|
| ***New*** - City | County | State | Zip Code - (type or print) |

Dated: 03/14/2017

/s/Abigail Emery

Signature of Person Authorizing Address Change

________________________________

Signature of Joint Debtor, if applicable

**INSTRUCTIONS**

This form must be electronically filed by authorized ECF Filers. All other parties must complete the form and cause it to be mailed or delivered to the appropriate Bankruptcy Clerk's Office:

Bankruptcy Clerk's Office
401 N. Market Rm 167
Wichita KS 67202

Bankruptcy Clerk's Office
500 State Ave Rm 161
Kansas City KS 66101

Bankruptcy Clerk's Office
444 SE Quincy Rm 240
Topeka KS 66683

Revised 05/30/08

**Print Form** **Clear Form**